**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | 20-00477 |
| | ) | |
| TYRA KENNEDY-WINSTON, | ) | Chapter 13 |
| | ) | |
| *Debtor(s).* | ) | Hon. Judge CASSLING |
| | ) | |

### NOTICE OF OBJECTION TO DEBTOR'S *OBJECTION TO CLAIM NO. 15 (MARY CATHERINE HICKS)*

Secured Creditor, Mary Catherine Hicks ("Creditor"), in the above-captioned Chapter 13 case of Tyra Kennedy-Winston ("Debtor"), by and through her attorneys, Segal McCambridge Singer & Mahoney, Ltd., respectfully submits this notice of objection ("Notice") to Debtor's *Objection to Claim No. 15 (Mary Catherine Hicks)* ("Objection"). In support of her Notice, Creditor states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (Case No. 20-00477) on January 8, 2020. *See* Doc. No. 1.

2. On March 30, 2020, Debtor filed the Objection to Creditor's Secured Claim, on the basis that, among others, there was no attachment showing the Judgment was recorded against Debtor. *See* Doc. No. 28.

3. On April 16, 2020, Debtor filed *Creditor's Response to Debtor's Objection to Claim No. 15 (Mary Catherine Hicks)* ("Response"). *See* Doc. No. 35.

4. Upon further review of the Objection, Creditor became aware that the Notice of Motion attached to the Objection requires a party who objects and "wants it called [to] file a Notice of Objection." Creditor files this Notice in an abundance of caution and to ensure that all procedures are followed in order for the Objection and Creditor's Response to be called on the

presentment date of April 30, 2020 at 9:30 AM, as stated in the Notice of Motion. *See* Exhibit 1,

Creditor's Response.

WHEREFORE, Creditor, Mary Catherine Hicks, submits this Notice of Objection to this

Honorable Court.

    Respectfully submitted,

    SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

    By: */s/ Taofikat I. Ninalowo*
    Patrick F. Sullivan, Esq. – ARDC #1119709
    psullivan@smsm.com
    Taofikat I. Ninalowo, Esq. – ARDC #6330207
    tninalowo@smsm.com
    SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
    233 Wacker Drive, Suite #5500
    Chicago, Illinois 60606
    Tel: (312) 645-7800
    Fax: (312) 645-7711
    **Attorneys for Secured Creditor, Mary Catherine Hicks**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | 20-00477 |
| | ) | |
| TYRA KENNEDY-WINSTON, | ) | Chapter 13 |
| | ) | |
| *Debtor(s)*. | ) | Hon. Judge CASSLING |
| | ) | |

## **CERTIFICATE OF SERVICE**

    I, a non-attorney, certify that a true and accurate copy of the foregoing previously filed ***Response to Debtor's Objection to Claim No. 15 (Mary Catherine Hicks) Doc. 35 and Doc 35-1***, was served upon the following parties in the following fashion on **April 24, 2020**:

To Debtor:
Tyra Kennedy-Winston
729 N. Parkside Ave.
Chicgo, IL 60644
**By U.S. Mail**

To Attorney:
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL  60090
**By Electronic Notice through ECF**

To Trustee:
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL  60603
**By Electronic Notice through ECF**

U.S. Trustee
Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL  60604
**By Electronic Notice through ECF**

                                                           By: _____/s/ Mirna Colon_____
                                                            Under penalties as provided by law pursuant to ILL REV STAT.
                                                            CHAP. 110 § 1-109, I certify that the statements set forth are true and
                                                            correct.

# SERVICE LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-00477<br>Northern District of Illinois<br>Eastern Division<br>Fri Apr 24 11:12:49 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T<br>Bankruptcy Department<br>5407 Andrew Highway<br>Midland, TX 79706-3615 |
| Ability Recovery Servi<br>Pob 4031<br>Wyoming, PA 18644-0031 | American Homeshield<br>889 Ridge Lake Blvd<br>Memphis, TN 38120-9425 | Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd. Ste. 600<br>Chicago, IL 60604-3517 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cash Net USA<br>200 West Jackson<br>Suite 1400<br>Chicago, IL 60606-6929 | City of Chicago<br>Dept of Water Management<br>PO Box 6330<br>Chicago, IL 60680-6330 |
| City of Chicago<br>Dept. of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 | City of Chicago Department<br>Of Administrative Hearing<br>City of Chicago - DOAH C/O Arnold Scott<br>111 W. Jackson Ste 600<br>Chicago, IL 60604-3517 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W. Jackson Ste. 600<br>Chicago, IL 60604-3517 |
| City of Chicago Department of Law-Bankruptcy<br>121 N La Salle St.,<br>Suite 400<br>Chicago, Illinois - IL 60602-1264 | City of Chicago Parking<br>121 N LaSalle Street<br>Room 107A<br>Chicago, IL 60602-1232 | City of Chicago Red Light Camera<br>PO Box 8073<br>Chicago, IL 60680-8073 |
| City of Chicago, Illinois<br>Dept. of Administrative Hearings<br>400 W. Superior<br>Chicago, IL 60654-3409 | Codilis & Associates<br>15W030 N. Frontage Rd.<br>Suite 100<br>Burr Ridge, IL 60527-6921 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook Terrace, IL 60523-1502 |
| Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Commonwealth Edison-Care Center<br>Bankruptcy Department<br>PO Box 6113<br>Carol Stream, IL 60197-6113 | Credit One<br>Bankrupcty Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| Dept of Ed/Nelnet<br>3015 Parker Road<br>Suite 400<br>Aurora, CO 80014-2904 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Elite Rehab Institute<br>1100 Lake St<br>Oak Park, IL 60301-1015 | Enhanced Recovery Co L<br>Po Box 57547<br>Jacksonville, FL 32241-7547 | Epmg Of Il-Oak Park<br>3 Erie Ct<br>Oak Park, IL 60302-2519 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>Bankruptcy Department<br>PO Box 5523<br>Sioux Falls, SD 57117-5523 | Heller and Frisone, LTD.<br>Attorneys and Counselors<br>200 West Monroe St., Ste 660<br>Chicago, IL 60606-5057 |

```
ICL Titling Trust Xchange Leasing        IRS                                   (p)ILLINOIS DEPARTMENT OF REVENUE
795 Folsom St.                           Internal Revenue Service              BANKRUPTCY UNIT
Suite 1114                               P.O. Box 7346                         PO BOX 19035
San Francisco, CA 94107-1243             Philadelphia, PA 19101-7346           SPRINGFIELD IL 62794-9035


Illinois Tollway                         Illinois Tollway                      (p)JEFFERSON CAPITAL SYSTEMS LLC
Attn:Attorney General Legal Dept.        PO Box 5544                           PO BOX 7999
2700 Ogden Ave.                          Chicago, IL 60680-5491                SAINT CLOUD MN 56302-7999
Downers Grove, IL 60515-1703


LVNV Funding                             LVNV Funding, LLC                     Lend Up
PO Box 10587                             Resurgent Capital Services            237 Kearny St.
Greenville, SC 29603-0587                PO Box 10587                          Suite 372
                                         Greenville, SC 29603-0587             San Francisco, CA 94108-4502


Loyola Physicians Epic                   Loyola Univ Physician                 Loyola University Hospital
Two Westbrook Corporate Center           PO Box 88049                          2160 S. 1st Ave
Suite 600                                Chicago, IL 60680-1049                Maywood, IL 60153-5500
Westchester, IL 60154-5716


Lvnv Funding Llc                         MHC Receivables, LLC                  Mandarich Law Group, LLP
Po Box 1269                              Resurgent Capital Services            420 N WABASH AVE
Greenville, SC 29602-1269                PO Box 10587                          Suite 400
                                         Greenville, SC 29603-0587             Chicago, IL 60611-3542


Manley Deas Kochalski, LLC               Manor Resources                       Mary Catherine Hicks
One East Wacker Drive                    c/o Peitus Portfolio Services         Segal McCambridge Singer & Mahoney, Ltd.
Suite 1250                               PO box 141419                         233 S. Wacker Drive, Suite #5500
Chicago, IL 60601-1980                   Irving, TX 75014-1419                 Chicago, IL 60606-6366


Mary Catherine Hicks/Besma Fakhri        MetroMile Insurance Services LLC      Mr. Cooper Mortgage/Nationstar
c/o Segal Mccambridge Singer             292 Townsend Street                   8950 Cypress Waters Blvd
233 S. Wacker Drive, #5500               San Francisco, CA 94107-1719          Coppell, TX 75019-4620
Chicago, IL 60606-6366


NCO Financial Systems, Inc.              (p)NATIONWIDE CREDIT AND COLLECTION  INC   Oasis Legal Finance, LLC
600 Holiday Plaza Drive                  ATTN BOB BECK                         9525 Bryn Mawr, Ste. 900
Suite 300                                815 COMMERCE DR                       Suite 900
Matteson, IL 60443-2238                  SUITE - 270                           Rosemont, IL 60018-5264
                                         OAK BROOK IL 60523-8852


Ocwen Loan Servicing/US Bank             PEOPLES GAS LIGHT & COKE COMPANY      Peoples Gas
Bankruptcy Department                    200 EAST RANDOLPH STREET              Bankruptcy Department
PO BOX 24605                             CHICAGO, ILLINOIS 60601-6433          200 E. Randolph Street
West Palm Beach, FL 33416-4605                                                 Chicago, IL 60601-6302


(p)PHOENIX FINANCIAL SERVICES LLC        (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Premier Bankcard, Llc
PO BOX 361450                            PO BOX 41067                          Jefferson Capital Systems LLC Assignee
INDIANAPOLIS IN 46236-1450               NORFOLK VA 23541-1067                 Po Box 7999
                                                                               Saint Cloud Mn 56302-7999
```

| | | |
|---|---|---|
| SYNCB/Pay Pal<br>Bankrupcty Notice<br>PO Box 5138<br>Timonium, MD 21094-5138 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Secretary of State<br>Safety & Financial Responsibility<br>2701 South Dirksen Parkway<br>Springfield, IL 62723-1000 |
| Secretary of State License Renewal<br>3701 Winchester Road<br>Springfield, IL 62707-9700 | Thomas F. Courtney & Assoc.<br>Attorneys at Law<br>7000 W. 127th Street<br>Palos Heights, IL 60463-1558 | Turbo Title Loans<br>33 N LaSalle St<br>Suite 1300<br>Chicago, IL 60602-3414 |
| U.S. Bank National Association<br>PHH Mortgage<br>Attn: Bankruptcy Department<br>PO BOX 24605<br>West Palm Beach, FL 33416-4605 | U.S. Bank National Association, as Trustee,<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1 N. Dearborn Suite 1200<br>Chicago, IL 60602-4337 | U.S. Bank National Association, et. al.<br>Bankruptcy Department<br>P.O. Box 619096<br>Dallas, TX 75261-9096 |
| Village of River Forest<br>400 Park Ave<br>River Forest, IL 60305-1798 | Weinstein, Pinson & Riley, PS<br>2001 Western Ave<br>Suite 400<br>Seattle, WA 98121-3132 | Western Open Mri<br>20 Kingston Dr<br>Oak Brook, IL 60523-1739 |
| XChange Titling Trust, LLC<br>6400 Main Street<br>Amherst, New York 14221-5858 | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090-6005 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | Tyra Kennedy-Winston<br>729 N. Parkside Ave.<br>Chicago, IL 60644-1151 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | DirecTV<br>PO Box 9001069<br>Louisville, KY 40290-1069 | Illinois Department of Revenue<br>Bankruptcy Department<br>PO Box 19035<br>Springfield, IL 62794 |
| Jeffersncp (Jefferson Capital Syste<br>Bankruptcy Department<br>16 McLeland Rd.<br>Saint Cloud, MN 56303 | Nationwide Credit & Co<br>815 Commerce Dr Ste 270<br>Oak Brook, IL 60523 | Phoenix Financial Service<br>8902 Otis Ave<br>Suite 103A<br>Indianapolis, IN 46216 |
| Portfolio Recovery Associates<br>120 Corporate Blvd., Ste. 100<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>c/o Capital One Bank (usa), N.a.<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

(u)U.S. Bank National Association, as Trustee
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge60527

(u)U.S. Bank National Association, as Trustee

(d)First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD 57107-0145

(u)Mary Catherine Hicks/Taofikat I. Ninalowo

(u)Mary Catherine Hicks

End of Label Matrix
Mailable recipients    76
Bypassed recipients     6
Total                  82