UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-00477 |
| Tyra Kennedy-Winston | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Overruling Debtor's Objection to
Claim(s) 15 of Mary Catherine Hicks**

For the reasons stated on the record in open court on April 30, 2020, the Debtor's objection to claim(s) 15 of Mary Catherine Hicks is overruled.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  April 30, 2020